United States District Court
District of Massachusetts

Bianca Anne Pierre - Plaintiff

Harborside Healthcare - Wakefield - Defendant

Bianca Anne Pierre is a resident of 26 Seaview Avenue, Malden MA. 02148, and is a citizen of the United States.

Harborside Healthcare - Wakefield is a resident of 1 Beacon St. 14th flr. Boston, MA. 02108, and is a citizen of this state.

This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

On August 2022 Bianca (Plaintiff) got fired from Harborside (Defendant). Defendant claims that 1 of the resident's was being ignored/neglected. Plaintiff has no criminal record or record of neglect. Defendant told the supervising CNA that she was going to wash the place, meaning fire every one, to replace them with new CNA's to hire them for less pay. The supervising CNA's name was Patience, she told us to be careful in what we do. Plaintiff did the best to not lose job because plaintiff was

planning on going back to school and really needed the job. The next day defendants suspended plaintiff and said that plaintiff would receive a call back in a couple of days, but never did. After 2 weeks with no pay plaintiff called defendant to see what was going, defendent said "your fired" with no explanation, no reason, plaintiff then ask to have a meeting with the resident so he can see it plaintiff was the one that ignored him. Defendant refused the meeting and fired Plaintiff which did no wrong at all. Plaintiff than went to Massachusetts against Discrimination and filed a complaint. After months Harborside never showed up, and when they did they asked for mediation, they offered Plaintiff 1,000 dollars and more, a letter of recomendation, the job back. Plaintiff refused, because it was not enough for all the suffering.

The relief that Plaintiff is seeking is a lawyer to defend her.

Bianca Pierre
25 Seaview Avenue
Malden, MA. 02148
781-420-6241 and 781-322-7183