**Case Name: Pierre v. Harborside Healthcare**

**Case Number: 1:05-cv-10109**

Bianca Pierre
25 Seaview Ave.
Malden, MA 02148

Judge Nathaniel M. Gorton

To whom it may concern, our case should not be dismissed because every year 2002, we had not been able to work under our license, whenever we are hired, the job lets us go because Harborside claims in our reference that we were fined for neglect of residence. The relief we are claiming (Bianca and Merzilie Pierre) is $130,000 dollars each and our reference cleared. The payment is for the 3 years of suffering without a job, knowing we had bills, mortgage, etc to pay. We have been in severe debts ever since then, Bianca had to working a grocery job and Merzilie had to work as a housekeeper at Omni Parker House Hotel during those 3 tragic years.

That is why we are seeking a lawyer to help us with this issue because we are not professionally fit to defend ourselves, as you can see through our messy paper. Bianca is planning on going to nursing school, if my cori remains the same, I will never be able to work as a nurse at all. It is a terrible thing to have the word neglect of patience on your cori check. Judge please help us.

Sincerely,
Bianca and Merzilie Pierre