```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

BIANCA PIERRE,                     )
        Plaintiff,                 )
                                   )
        v.                         )   C.A. No. 05-10109-NMG
                                   )
HARBORSIDE HEALTHCARE-WAKEFIELD,   )
        Defendant.                 )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~   )
MERZILIE PIERRE,                   )
        Plaintiff,                 )
                                   )
        v.                         )   C.A. No. 05-10110-NMG
                                   )
HARBORSIDE HEALTHCARE-WAKEFIELD,   )
        Defendant.                 )
```

                          ORDER OF DISMISSAL

GORTON, D.J.

    On May 16, 2005, this Court issued a Memorandum and Order (docket entry no. 3 in each case) requiring the plaintiffs to show good cause, within 35 days, why their cases should not be dismissed for the reasons stated therein.  In response to that order, on June 22, 2005, the plaintiffs submitted a letter in which they ask the Court not to dismiss their complaints.  As grounds for their request, they state that they are in financial duress because of the defendant's misconduct.  The plaintiffs do not, however, address the legal deficiencies of their complaints that the Court discussed in its May 16, 2005 order.  Thus, the plaintiffs have failed to show good cause why their cases should not be dismissed.

    Accordingly, for the reasons stated in the May 16, 2005 Memorandum and Order, it is hereby ORDERED that the above-

entitled actions be, and they hereby are, DISMISSED in their entirety.

    SO ORDERED.

```
 9/20/05                              /s/ Nathaniel M. Gorton   
DATE                                 UNITED STATES DISTRICT JUDGE
```